```
PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
MATHEW W. PILE (WSBA 32245)
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE DERDEN,<br><br>    Plaintiff,<br><br>v.<br><br>LELAND DUDEK,[1]<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 4:24-cv-07987-JST<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary, offer

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  Claimant an opportunity for a hearing, reassess the medical opinions and prior administrative
2  medical findings consistent with the regulations, reassess the claimant's subjective complaints,
3  reassess the RFC and issue a new decision.  The parties further request that the Clerk of the Court
4  be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the
5  final decision of the Commissioner.

Respectfully submitted,

Law Office of Katherine Siegfried

DATE: April 14, 2025          By:  s/ *Katherine Rose Siegfried*
                                    Katherine Rose Siegfried
                                    Attorneys for Plaintiff
                                    (*as authorized by email)


PATRICK D. ROBBINS
Acting United States Attorney

DATE: April 14, 2025          By    s/ *Oscar Gonzalez de Llano*
                                    OSCAR GONZALEZ DE LLANO
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED: April 15, 2025

Hon. Jon S. Tigar
UNITED STATES DISTRICT JUDGE

3